Case 1:21-cr-00325-CKK   Document 1-1   Fi

Case: 1:21-mj-00298
Assigned To : Harvey, G. Michael
Assign. Date : 03/11/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since February 2015. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2021.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate Chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage, which appeared to be captured on mobile devices of persons present on the scene, depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there, as well as Boyd Allen Camper, as described below.

Following the aforementioned events at the U.S. Capitol, the FBI's Washington Field received information about a subject, later identified as Boyd Allen Camper, who possibly entered the U.S. Capitol unlawfully on January 6, 2021. During the investigation, the FBI established that Boyd Allen Camper traveled to Washington D.C., with a group of associates to attend the rally. He was subsequently recorded inside the Capitol Building on U.S. Capitol security video footage, as well as on footage posted to a social media outlet. In addition, Camper confirmed his presence inside the Capitol Building during a video interview with CBS News that was subsequently posted online.

Specifically, on January 7, 2021, a two minute and twenty-six second clip of the CBS News interview was posted to YouTube, under the CBS Evening News channel. In the video, the interviewer introduced a person on the grounds outside the Capitol building as Boyd Camper from Montana. Wearing a blue jacket and camouflage hat, Camper acknowledged that he was inside of the Capitol, stating "I was on the front line." He further stated, "We're going to take this damn place. If you haven't heard it's called the insurrection act and we the people are ready." The "front line" alludes to the initial push of the rioters past police officers and barricades into the Capitol.

The photo below is a screenshot below of Boyd Allen Camper from the CBS News clip:



FBI Agents conducted interviews with Witnesses #1 - #5, all of whom associated with Camper throughout the events in Washington, D.C. on January 6, 2021. Witness #1, an identified associate of Camper, observed Camper during the events of January 6th, and subsequently posted a twenty-one second video to social media that recorded Camper participating in the events that day. Specifically, the video records a narrow hallway structure on the Capitol grounds, crowded with persons at the entrance of the hallway. Witness #1 identified Camper as the person at the entrance of the hallway, wearing the same blue jacket and green camouflage hat seen in the CBS News clip, and in the screenshot below, Camper appears to be holding a pole with a camera attached at the end.



      In the video, someone in the hallway can be heard stating "they are pepper spraying us," and Camper can be heard asking that people with masks outside the entrance to come forward. Witness #1 also stated that h/she met with Camper after the riot, and that Camper talked about being inside the Capitol Building.

      Law enforcement interviewed Witness #2, who stated that a few days after January 6, 2021, Camper talked about the events of January 6, 2021, and said that he took part in the "storming of the Capitol" and that he was "on the front line." Law enforcement interviewed Witness #3, who observed Camper on January 6th at the initial rally site by the White House and later at the Capitol grounds. When Witness #3 observed Camper at the Capitol grounds, Witness #3 described Camper as "energized," and according to Witness #3, Camper stated that he was "going to the top." Later that evening, Witness #3 heard Camper acknowledge that he was inside the Capitol, and that he also spoke with reporters. Law enforcement also interviewed Witness #4 and Witness #5, who observed Camper in person during the events of January 6, 2021, and both witnesses stated that Camper was in possession of a Go-Pro camera on that day.

      Your affiant has reviewed additional footage of these events, including surveillance video provided by the U.S. Capitol Police. While reviewing the additional video – with footage from multiple locations inside the U.S. Capitol – your affiant observed the subject identified as Boyd Allen Camper. Specifically, in one surveillance video, Camper is observed walking through an area known as the Rotunda, located inside the Capitol building, while holding what appears to be a camera on a stick, known as a Go-Pro. The photo below is a screenshot taken from the U.S Capitol building's security footage from January 6, 2021. On the right side of the photo, Camper appears to be holding the GoPro that he later referenced during his interview with FBI Agents (as captured by the inserted oval below).



In another surveillance video, Camper is recorded walking into the Rotunda Door Interior hallway, again holding a camera on a stick in his right hand:





On January 21, 2021, FBI Agents interviewed Boyd Allen Camper. During the interview, Camper acknowledged that he was present on the Capitol grounds on January 6, 2021, and that he eventually entered and went inside the Capitol building. Specifically, Camper stated that, after the rally, he walked with some associates to the Capitol grounds, and saw people confronting the police. He acknowledged that he "picked the right hole" to get himself to a stairway area and could see that the police lines had been broken. He could see that persons were pushing to get inside the building, and he knew that persons were getting tear-gassed. Camper stated that he believed he was in the frontline of the situation, and that "in my mind, we were going to take the Capitol steps." Camper stated that he saw a door being held open, and that he entered the Capitol through a small door that led to the Rotunda, and then proceeded to a room with statues.

During the interview, Camper acknowledged that he was in possession of a Go-Pro camera during the time that he was inside the Capitol building, and that the contents would implicate him. He stated that he would not allow law enforcement to review the contents of the Go-Pro camera unless law enforcement confirmed that they would not use the contents of the Go-Pro camera against him. He also acknowledged that, after he left the Capitol building, he saw reporters interviewing persons, and that he subsequently spoke with reporters as well.

Based on the foregoing, your affiant submits that there is probable cause to believe that Boyd Allen Camper violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily

visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

  Your affiant submits there is also probable cause to believe that Boyd Allen Camper violated 40 U.S.C. §§ 5104(e), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Special Agent Jynika Craig
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of March, 2021.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE