UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-mj-298 (GMH) |
| | ) | |
| Boyd Allen Camper,      *defendant*. | ) | |

NOTICE OF ATTORNEY APPEARANCE

THE CLERK WILL PLEASE NOTE the entry of appearance as attorney of record of Nathan I. Silver, Esq., appointed by this Court under the Criminal Justice Act, *nunc pro tunc* to March 15, 2021.

This notice is,

Respectfully submitted,

/s/

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon assistant U.S. Attorney Vivien Jo Cockburn, U.S. Attorney's Office for the District of Columbia, and all other attorneys of record, via ECF this 17th day of March, 2021.

__/s/_____
*Nathan I. Silver*