UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-325 (CKK) |
| | ) | |
| Boyd A. Camper,   *defendant*. | ) | |

ERRATUM

THE CLERK WILL PLEASE NOTE and correct the error which appeared in Defendant's Sentencing Memorandum, Doc. 33 as filed on November 3, 2021.

Footnote 5 on page 5 mistakenly refers to Edward C. Banfield's book as *The Unholy City Revisited*.  The correct title is *The Unheavenly City Revisited*.  The remaining information (*viz*., city, publisher, year of publication) about the book is correct.

Respectfully submitted,

/s/

Nathan I. Silver/DC Bar No. 944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189/Fax: (301) 229-3625
email: nisquire@aol.com

I HEREBY CERTIFY that a copy of this Erratum has been served this 4th day of November, 2021, by ECF upon Jacob Strain, Esq., U.S. Attorney's Office for the District of Utah.

_____/s/_____
Nathan I. Silver