UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | USDC No. 21-cr-325 (CKK) |
| | ) | |
| Boyd A. Camper, *defendant.* | ) | |

NOTICE OF FILING

THE CLERK WILL PLEASE PERMIT the filing of two (2) DVDs, containing video footage pertaining to the January 6, 2021, protest at the United States Capitol, for the Court to review as it prepares to impose sentence in the above-referenced case, scheduled for November 12, 2021, at 1:30 p.m. The material is offered as part of defendant's allocution at sentencing. The defendant notes that the material contained on the DVDs was previously submitted to the government during pretrial plea negotiations.

This notice is,

Respectfully submitted,

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon assistant U.S. Attorney Jacob Strain, U.S. Attorney's Office for the District of Utah, attorney of record for the government, via his personal email address, jacob.strain@usdoj.gov, this 29th day of October, 2021.

*Nathan I. Silver*